# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

DEMETRIUS WHITEHEAD,

               Petitioner,

     v.

WARDEN RICOLCOL,

               Respondent.

Case No. 2:25-cv-02831-WLH-MBK

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

    Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

    **IT IS ORDERED** that Judgment be entered dismissing the action with prejudice.



Dated: February 4, 2026

_____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE