# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS WHITEHEAD,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN RICOLCOL,<br><br>    Respondent. | Case No. 2:25-cv-02831-WLH-MBK<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that this case is dismissed with prejudice.

Dated: February 4, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE